IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VANDIN CALITU AND
ADRIANA PROTEASA-
CALITU,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellants,

CASE NO. 1D13-0024

v.

CHASE HOME FINANCE LLC,

Appellee.

_____/

Opinion filed July 24, 2014.

An appeal from the Circuit Court for Duval County.
Aaron K. Bowden, Judge.

Vandin Calitu and Adriana Proteasa-Calitu, pro se, Appellants.

Joseph D. Wargo and Susan Capote of Wargo & French LLP, Miami, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., WOLF and WETHERELL, JJ., CONCUR.